ERNEST N. ADLER, Respondent, *v.* WILLIAM F. DEEGAN, as Tenement House Commissioner of the City of New York, et al., Appellants.

(Submitted November 18, 1929: decided November 26, 1929.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 251 N. Y. 467.)